468 A.2d 846

Commonwealth v. Burhannan, Appellant.

Submitted September 23, 1983. Scott A. Evans, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence of August 4, 1982 is affirmed.

468 A.2d 846

Commonwealth v. Butler, Appellant.

Submitted October 3, 1983. Stanley M. Vasiliadis, Assistant Public Defender, for appellant; James Martin Connell, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.